Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Placidius O'Silva, et al.,

              Plaintiff(s),

   v.

Alibaba Group Holding Limited, et al.,

              Defendant(s).

Case No: 3:15-cv-01360

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, /s/Phillip Kim, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Christine Asia Co. Ltd., William Tai in the above-entitled action. My local co-counsel in this case is Laurence M. Rosen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>The Rosen Law Firm<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>The Rosen Law Firm<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 686-1060 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 785-2610 |
| MY EMAIL ADDRESS OF RECORD:<br>pkim@rosenlegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lrosen@rosenlegal.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PK9384.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/19/15

                                                /s/Phillip Kim
                                                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of /s/Phillip Kim is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/20/2015

                                                UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**PHILLIP C. KIM**, Bar # **PK9384**

was duly admitted to practice in this Court on

**JUNE 24th, 2003**, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York      on      **MAY 15th, 2015**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk